RICHARD ROBEY, by EDWARD I. ROBEY, His Guardian ad Litem, et al., Respondents, *v.* JEWISH HOSPITAL OF BROOKLYN, Appellant.

BURTON SEKULER, by GEORGE SEKULER, His Guardian ad Litem, et al., Respondents, *v.* JEWISH HOSPITAL OF BROOKLYN, Appellant.

Argued January 12, 1939; decided February 21, 1939.

534

*Thomas H. Clearwater* and *Lorenz J. Brosnan* for appellant. *Armende Lesser* for respondents.

In each action: Order of Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court and in the Appellate Division. The record fails to disclose any evidence of actionable negligence on the part of the defendant. No opinion. (See 280 N. Y. 807.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.